913 A.2d 801

IN THE MATTER OF KATHLEEN D. WARGO,
AN ATTORNEY AT LAW.

January 19, 2007.

ORDER

The Office of Attorney Ethics having filed with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, a petition for the immediate temporary suspension of **KATHLEEN D. WARGO** of **MORRISTOWN**, who was admitted to the bar of this State in 1987, and good cause appearing;

It is ORDERED that the petition for immediate temporary suspension is granted, and **KATHLEEN D. WARGO** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **KATHLEEN D. WARGO** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **KATHLEEN D. WARGO** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the

Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **KATHLEEN D. WARGO** comply with *Rule* 1:20–20 dealing with suspended attorneys.